UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| APM TERMINALS MOBILE, LLC : | |
| : | |
| Plaintiff, : | Civil Action No.:  23-0332-C |
| : | |
| v. : | |
| : | |
| INTERNATIONAL LONGSHOREMEN'S : | |
| ASSOCIATION, LOCAL 1410 : | |
| : | |
| : | |
| Defendant. : | |
| : | |

### NOTICE OF APPEAL

Comes now the Defendant, International Longshoremen's Association, Local 1410 ("Union" or "Local 1410") by and through its undersigned counsel, and hereby respectfully appeals to the United States Court of Appeals for the Eleventh Circuit the District Court's Order (Doc. 32) denying Local 1410's Motion to Compel Arbitration and Dismiss (Doc. 16) on March 26, 2024.

Date: April 9, 2024

Respectfully submitted,

/s/*George N. Davies*
George N. Davies

/s/*Richard P. Rouco*
Richard P. Rouco

OF COUNSEL:

QUINN, CONNOR, WEAVER,
 DAVIES & ROUCO LLP

Two North Twentieth Street
2 – 20th Street North
Suite 930
Birmingham, AL  35203
(205) 870-9989
(205) 803-4143 (facsimile)
gdavies@qcwdr.com
rrouco@qcwdr.com

*Counsel for ILA Local 1410*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, the foregoing was filed using the Court's ECF filing systems system serve the following counsel of record:


Anne Laurie McClurkin, Esq.
Maynard Nexsen PC
11 North Water Street, Suite 24290
Mobile, AL 36602
amcclurkin@maynardnexsen.com


/s/ George N. Davies
George N. Davies