# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **APM Terminals Mobile, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.: 1-23-CV-00332-C** |
| **v.** | ) | |
| | ) | |
| **International Longshoremen's** | ) | |
| **Association, AFL-CIO, Local Union** | ) | |
| **1410,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff APM Terminals Mobile, LLC and Defendant International Longshoremen's Association, AFL-CIO, Local Union 1410, by and through undersigned counsel, hereby stipulate to the dismissal of each and every claim asserted in this matter, with prejudice.   Each party agrees to bear its own costs, expenses and attorney's fees.

Respectfully submitted on May 21, 2026.


*/s/ John B. Holmes III*
John B. Holmes III
Maynard Nexsen
1901 Sixth Ave N, Suite 1700
Birmingham, AL 35203
Email: jhomes@maynardnexsen.com

/s/ Mary Anna Brand
Mary Anna Brand
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, Alabama  36602
Phone: 251-432-0001
Email: mbrand@maynardnexsen.com

*Counsel for Plaintiff*


/s/George N. Davies
George N. Davies

/s/ Richard P. Rouco
Richard P. Rouco

QUINN, CONNOR, WEAVER,
DAVIES & ROUCO LLP
Two North Twentieth Street
2 – 20th Street North
Suite 930
Birmingham, AL  35203
(205) 870-9989
gdavies@qcwdr.com
rrouco@qcwdr.com


*Counsel for Defendant ILA Local 1410*

2

## 1.CERTIFICATE OF SERVICE

I hereby certify that I have on this the 21st day of May, 2026, I electronically filed the foregoing, using the court's electronic filing system, which automatically will send notification to all counsel of record.

*/s/ John B. Holmes, III*